JOHN F. FRIEDEMANN (SBN 115632)
KYLE M. FISHER (SBN 127334)
KIMBERLY A. UNTI (SBN 166343)
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, California 95403
Telephone: (707) 543-4900
Facsimile: (707) 543-4910

Attorneys for Plaintiffs and Counterdefendants
OWEN PATRICK O'DONNELL, DOUGLAS R. BARNETT,
C. PAUL JOHNSON, and GERALD C. VANOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN PATRICK O'DONNELL, DOUGLAS R. BARNETT, C. PAUL JOHNSON, and GERALD C. VANOLI, each individually and on behalf of all other similarly situated shareholders of Napa Community Bank,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITOL BANCORP, LTD., a Michigan corporation,<br><br>Defendant.<br><br>And Counterclaim. | CASE NO. C-05-02601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]**<br><br>**Date: November 3, 2005**<br>**Time: 2:30 pm**<br>**Courtroom: 3**<br>**The Honorable Phyllis J. Hamilton** |

Plaintiffs and Counterdefendants Owen Patrick O'Donnell, Douglas R. Barnett, C. Paul Johnson, and Gerald C. Vanoli (collectively "Plaintiffs") by and through their attorney of record, Kyle M. Fisher of Friedemann Goldberg LLP, and Defendant and Counterclaimant Capitol Bancorp, Ltd. ("Capitol") and Counterclaimant Joseph D. Reid ("Reid") by and through their attorney of record, Bruce A. Ericson, of Pillsbury Winthrop Shaw Pittman LLP, hereby stipulate and agree as follows:

1. A Case Management Conference in this case is currently scheduled at 2:30 pm on November 3, 2005 in Courtroom 3 of this Court.

2. All parties have appeared in the case with the exception of the Counterdefendant Napa Community Bank.

3. Plaintiffs intend to seek a dismissal without prejudice of the Complaint. Capitol (which has answered the Complaint and—together with Reid—filed a Counterclaim) has not yet decided whether to oppose such a dismissal or stipulate to it (Fed. R. Civ. P. 41(a)(1)).

4. The Complaint and Counterclaim contain allegations regarding an exchange offer made by Capitol for shares in Napa Community Bank. A class action regarding the exchange offer is expected to be filed in Napa County Superior Court in the near future.

5. The parties seek a continuance of the currently scheduled Case Management Conference from 2:30 pm on November 3, 2005 in Courtroom 3 to 2:30 pm on December 15, 2005 in Courtroom 3 in order that a decision can be made by Capitol and Reid regarding their position as to the status of the Complaint and the continued prosecution of the Counterclaim after the events described in paragraph 4 above have taken place.

IT IS SO STIPULATED:

Date: October 24, 2005

FRIEDEMANN GOLDBERG LLP

_____
KYLE M. FISHER
Attorneys for Plaintiffs and Counterdefendants
OWEN PATRICK O'DONNELL, DOUGLAS R. BARNETT, C. PAUL JOHNSON, and GERALD C. VANOLI

Date: October ____, 2005

PILLSBURY WINTHROP SHAW PITTMAN LLP

_____
BRUCE A. ERICSON
Attorneys for Defendant and Counterclaimants
CAPITOL BANCORP, LTD. and JOSEPH D. REID

1. A Case Management Conference in this case is currently scheduled at 2:30 pm on November 3, 2005 in Courtroom 3 of this Court.

2. All parties have appeared in the case with the exception of the Counterdefendant Napa Community Bank.

3. Plaintiffs intend to seek a dismissal without prejudice of the Complaint. Capitol (which has answered the Complaint and—together with Reid—filed a Counterclaim) has not yet decided whether to oppose such a dismissal or stipulate to it (Fed. R. Civ. P. 41(a)(1)).

4. The Complaint and Counterclaim contain allegations regarding an exchange offer made by Capitol for shares in Napa Community Bank. A class action regarding the exchange offer is expected to be filed in Napa County Superior Court in the near future.

5. The parties seek a continuance of the currently scheduled Case Management Conference from 2:30 pm on November 3, 2005 in Courtroom 3 to 2:30 pm on December 15, 2005 in Courtroom 3 in order that a decision can be made by Capitol and Reid regarding their position as to the status of the Complaint and the continued prosecution of the Counterclaim after the events described in paragraph 4 above have taken place.

IT IS SO STIPULATED:

Date: October ____, 2005

FRIEDEMANN GOLDBERG LLP

_____
KYLE M. FISHER
Attorneys for Plaintiffs and Counterdefendants
OWEN PATRICK O'DONNELL, DOUGLAS R. BARNETT, C. PAUL JOHNSON, and GERALD C. VANOLI

Date: October 24, 2005

PILLSBURY WINTHROP SHAW PITTMAN LLP

_____
BRUCE A. ERICSON
Attorneys for Defendant and Counterclaimants
CAPITOL BANCORP, LTD. and JOSEPH D. REID

[~~PROPOSED~~] ORDER

The Court, having read and considered the Stipulation of the parties and good cause appearing therefore, HEREBY ORDERS AS FOLLOWS:

The Case Management Conference currently scheduled at 2:30 pm on November 3, 2005 in Courtroom 3 is hereby continued to 2:30 pm on December 15, 2005 in Courtroom 3.

IT IS SO ORDERED:

Date: _____October 25_____, 2005



_____
DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---
3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]