| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON  #76342 |
| 2 | ROBERT B. BADER  #233165 |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-1000 |
|   | Facsimile: (415) 983-1200 |
| 5 | Email: bruce.ericson@pillsburylaw.com |
|   |          robert.bader@pillsburylaw.com |
| 6 | |
|   | Attorneys for Defendant and Counterclaimant |
| 7 | CAPITOL BANCORP LTD. |
|   | and Counterclaimant JOSEPH D. REID |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OWEN PATRICK O'DONNELL, DOUGLAS R. BARNETT, C. PAUL JOHNSON, and GERALD C. VANOLI, each individually and on behalf of all other similarly situated shareholders of Napa Community Bank,<br><br>               Plaintiffs,<br><br>     vs.<br><br>CAPITOL BANCORP LTD., a Michigan corporation,<br><br>               Defendant.<br><br>AND RELATED COUNTERCLAIM | No. C-05-2601-PJH<br><br>[Related Action: No. C-05-4800-MJJ]<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM WITHOUT PREJUDICE** AND ORDER<br><br>[Fed. R. Civ. P. 41(a)(1)]<br><br>Case Management Conference:<br>Date:      December 15, 2005<br>Time:      2:30 p.m.<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), this Stipulation to Dismiss Complaint and Counterclaim Without Prejudice is entered into between Plaintiffs and Counterdefendants **OWEN PATRICK O'DONNELL, DOUGLAS R. BARNETT, C. PAUL JOHNSON AND GERALD C. VANOLI** (collectively "Plaintiffs'), Counterdefendant **NAPA COMMUNITY BANK** ("NCB"), Defendant and Counterclaimant, **CAPITOL BANCORP LTD.** ("Capitol") and Counterclaimant **JOSEPH D. REID** ("Reid"), by and through their respective counsel of record, with reference to the following facts:

1. Plaintiffs filed a complaint entitled *O'Donnell v. Capitol Bancorp Ltd.,* No. C-05-2601 (PJH) on June 27, 2005 asserting claims under the Securities Act of 1933 and the Securities Exchange Act of 1934 as well as state-law claims for breach of fiduciary duty and abuse of control (the "Complaint").

2. Capitol answered the Complaint. Capitol and Reid also filed a Counterclaim against Plaintiffs and NCB, seeking a declaration that the Exchange Offer was legal, that the payments made by NCB to Capitol were appropriate, and that Capitol and Reid had not breached any fiduciary duty or abused control (the "Counterclaim").

3. On December 9, 2005 the parties held a meet and confer and agreed to consider dismissing without prejudice the Complaint and the Counterclaim.

4. As a result of the parties' subsequent discussions, they agree to the following: (1) Plaintiffs will dismiss without prejudice the Complaint and (2) Capitol and Reid will dismiss without prejudice the Counterclaim.

5. The parties' agreement to dismiss without prejudice the Complaint and the Counterclaim is subject to the following conditions: (1) if any party to this stipulation refiles a pleading asserting any of the claims alleged in the Complaint or the Counterclaim against any other party to this stipulation, the claims will be filed in this Court if the Court has jurisdiction over the claims and (2) the parties will seek to have the refiled pleadings related to *Rubke v. Capitol Bancorp, et al.,* No. C-05-4800-PJH if that case is then pending before this Court.

1  IT IS THEREFORE STIPULATED that the Complaint and the Counterclaim are

2  dismissed without prejudice with all parties to bear their own costs and attorneys' fees,

3  subject to the conditions detailed above.

4  Dated: December 13, 2005.

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON
6  ROBERT B. BADER
   50 Fremont Street
7  Post Office Box 7880
   San Francisco, CA  94120-7880
8  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200

9

10  By _____/s/ Bruce A. Ericson_____
            Bruce A. Ericson
11  Attorneys for Defendant and Counterclaimant
    CAPITOL BANCORP LTD. and Counterclaimant
12  JOSEPH D. REID

13
    Dated: December 13, 2005.
14
    FRIEDEMANN GOLDBERG LLP
15  JOHN F. FRIEDEMANN
    KYLE M. FISHER
16  KIMBERLY A. UNTI
    420 Aviation Boulevard, Suite 201
17  Santa Rosa, CA 95403
    Telephone: (707) 543-4900
18  Facsimile: (707) 543-4910

19
    By _____
20
    Attorneys for Plaintiffs and Counterdefendants
21  OWEN PATRICK O'DONNELL, DOUGLAS R.
    BARNETT, C. PAUL JOHNSON, and GERALD C.
22  VANOLI

23

24

25

26

27

28

1    IT IS THEREFORE STIPULATED that the Complaint and the Counterclaim are
2 dismissed without prejudice with all parties to bear their own costs and attorneys' fees,
3 subject to the conditions detailed above.

4    Dated: December 13, 2005.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
ROBERT B. BADER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200


By _____

Attorneys for Defendant and Counterclaimant
CAPITOL BANCORP LTD. and Counterclaimant
JOSEPH D. REID

Dated: December 13, 2005.

FRIEDEMANN GOLDBERG LLP
JOHN F. FRIEDEMANN
KYLE M. FISHER
KIMBERLY A. UNTI
420 Aviation Boulevard, Suite 201
Santa Rosa, CA 95403
Telephone: (707) 543-4900
Facsimile: (707) 543-4910

By  /s/ Kyle M. Fisher  

Attorneys for Plaintiffs and Counterdefendants
OWEN PATRICK O'DONNELL, DOUGLAS R.
BARNETT, C. PAUL JOHNSON, and GERALD C.
VANOLI

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

1 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2    I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I

3 have obtained the concurrence in the filing of this document from the other signatory listed

4 below.

5    I declare under penalty of perjury that the foregoing declaration is true and correct.

6    Executed on December 14, 2005, at San Francisco, California.

7

8
MORRISON & FOERSTER
JORDAN ETH
KEVIN CALIA

9
425 Market Street
San Francisco, CA 94105

10
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

11
kcalia@mofo.com

12
By [concurrence obtained, General Order 45 § X.B]
     Kevin Calia

13
Attorneys for Counterdefendant
NAPA COMMUNITY BANK

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28